| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**DONALD C. GOINS, ESQ. (DCG1005)**<br>**GOINS & GOINS, LLC**<br>**323 Washington Avenue**<br>**Elizabeth, NJ 07202**<br>**Phone: (908) 351-1984**<br>**dcgoins1@gmail.com**<br>**Attorney for the Debtor** | Order Filed on June 13, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Yves B. Mede, | Case No.:  25-15107<br><br>Chapter :  13<br><br>Hearing Date:  6 / 12 / 2025<br><br>Judge:  JKS |

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: June 13, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:           Yves B. Mede
Case No.:         25-15107
Caption of Order: Order to Extend the Automatic Stay

    This matter having come before the Court by motion of Donald C. Goins Esq., attorney for the debtor, Yves B. Mede, for entry of an Order Extending the Automatic Stay and, for good cause it is

HEREBY ORDERED that:

The Debtor's Automatic Stay is hereby extended as to all creditors.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15107-JKS |
| Yves B. Mede | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 13, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yves B. Mede, 13 Boyden Pkwy, Maplewood, NJ 07040-2847 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Yves B. Mede dcgoins1@gmail.com g25787@notify.cincompass.com;goins.donaldc.b129630@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4