Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−15107−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yves B. Mede
   13 Boyden Pkwy
   Maplewood, NJ 07040−2410

Social Security No.:
   xxx−xx−0703

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/9/25 and a confirmation hearing on such Plan has been scheduled for 7/24/25.

The debtor filed a Modified Plan on 8/22/25 and a confirmation hearing on the Modified Plan is scheduled for 09/25/2025. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 25, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15107-JKS |
| Yves B. Mede | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 25, 2025 | Form ID: 186 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yves B. Mede, 13 Boyden Pkwy, Maplewood, NJ 07040-2847 |
| 520691467 | + | Kettlene Mede, 13 Boyden Parkway, Maplewood, NJ 07040-2847 |
| 520652706 | + | M & R Auto Sales, 505 Somerset Street, Plainfield, NJ 07060-4019 |
| 520652708 | | NJ American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2025 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2025 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520652705 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2025 21:01:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302 |
| 520681119 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 25 2025 20:59:33 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520652707 | ^ | MEBN | Aug 25 2025 20:53:26 | Midland Mortgage, PO Box 268806, Oklahoma City, OK 73126-8806 |
| 520680005 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 25 2025 21:01:00 | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 520652709 | | Email/PDF: cbp@omf.com | Aug 25 2025 20:59:31 | ONE MAIN FINANCIAL, 1210 Route 130 N # S1404, Cinnaminson, NJ 08077-3046 |
| 520692328 | + | Email/PDF: cbp@omf.com | Aug 25 2025 20:59:13 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520652710 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2025 21:01:00 | Quantum 3 Group LLC, Agent for Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 520657163 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2025 21:01:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520652711 | + | Email/Text: bankruptcy@mtabt.org | Aug 25 2025 21:00:00 | Tribourough Bridge and Tunnel Authority, 2 Broadway, 24th Floor, New York, NY 10004-3358 |
| 520654368 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 25 2025 20:59:21 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520652712 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 25 2025 20:59:21 | U.S. Dept. of Housing and Urban Dev., 26 Federal Plaza , Suite 3541, New York, NY 10278 |
| 520728336 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2025 21:11:05 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2025 | Form ID: 186 | Total Noticed: 18 |
| TOTAL: 14 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2025 at the address(es) listed below:

**Name**          **Email Address**

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Donald C. Goins
on behalf of Debtor Yves B. Mede dcgoins1@gmail.com
goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4